**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| JOHN HANCOCK LIFE & HEALTH INSURANCE COMPANY,<br>Plaintiff,<br><br>v.<br><br>TERESA L. BINGHAM and NIKIA S. ANDERSON,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:26-cv-02259-SHL-tmp |

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO CONDUCT ADR**

Before the Court is the Parties' Joint Motion to Extend Mediation Deadline. (ECF No. 34.) The deadline for the parties to complete alternative dispute resolution ("ADR") was September 23, 2026. (ECF No. 30.) On September 24, 2026, a day after that deadline passed, the parties filed the instant motion. Court imposed deadlines are not optional, and late-filed extensions are unacceptable.

Modifying the ADR deadline means modifying the scheduling order, which requires good cause and the Court's consent. Fed. R. Civ. P. 16(b)(4). The parties' goal in extending the deadline is commendable—they seek to ensure that ADR results in "productive settlement talks." (ECF No. 34 at PageID 263.) Therefore, the Court **GRANTS** the joint motion. ADR shall be completed by January 9, 2027. Absent something entirely unforeseen, no further extensions will be granted. The parties are reminded to exercise diligence and to update the Court as needed regarding the potential resolution of this case.

**IT IS SO ORDERED**, this 25th day of September, 2026

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE